No. 5610.—GARCÍA, aplte., *v.* PÉREZ, apldo.—C. D. Mayagüez. Noviembre 16, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede fundada en el hecho de no haberse radicado el legajo de la sentencia dentro del tiempo prescrito por la ley, y apareciendo que el apelante ha radicado ya dicho legajo de la sentencia y ha explicado satisfactoriamente los motivos por los cuales no lo hizo a su debido tiempo, no ha lugar a la desestimación solicitada.

No. 6200.—RUIZ ARNAU, apldo., *v.* SEGUNDO, aplte.—C. D. San Juan. Noviember 22, 1932.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, de la moción de desestimación de la parte apelada notificada a la parte apelante y presentada el 1º. de noviembre actual, y de los documentos acompañados a la misma resulta que dictada sentencia sobre las alegaciones en este caso por la Corte de Distrito el 26 de septiembre, 1932 y apelada el 1º. de octubre último no se ha radicado aún la transcripción de los autos ni está pendiente de radicación a virtud de prórroga alguna; y

POR CUANTO, señalada la vista de la moción para el 21 de noviembre actual, sólo compareció la parte apelada por su abogado;

POR TANTO, debe declararse y se declara con lugar la moción y en su consecuencia se desestima, por abandono, el recurso.

No. 6167.—TORRES, aplte., *v.* LOÍZA SUGAR Co., aplda.—C. D. San Juan. Noviembre 22, 1932.

POR CUANTO, aparentemente para completar su récord, el apelante trató de obtener una exposición del caso;

POR CUANTO, según certificación del Secretario de la Corte de Distrito, una de las prórrogas concedidas al apelante para tal fin venció a principios de enero de 1932 y el apelante dejó transcurrir algunos días antes de radicar otra moción de prórroga, que no le fué declarada con lugar por haber sido radicada fuera de término;

POR CUANTO, no se ha elevado a este Tribunal transcripción de autos alguna dentro del término fijado por la ley y nuestro reglamento;

POR TANTO, debe desestimarse, y por la presente se desestima el recurso, por falta de la debida diligencia.